IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONETTA W. AMBROSE,
CHIEF JUDGE                                                                                          July 22, 2005

| | | |
|---|---|---|
| SIGHTSOUND TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counter- Defendant | ) | |
| | ) | |
| vs. | ) | CA 4-1549 |
| | ) | |
| ROXIO, INC., et al., | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |
| | ) | |
| SCOTT SANDER, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

# N O T I C E

Counsel:

    Take notice that a Motion by Counter Defendants for Relief from Stay with Respect to Defamation Counterclaims has been filed with the Court on July 21, 2005 at Document No.54.

    The Responding parties are directed to file their Response and a Brief in Opposition on or before **August 4,  2005.**  Briefs in opposition are limited to 20 pages and any exhibits must be 20 pages or summarized within 20 pages.  Briefs are not to incorporate by reference arguments contained in prior filings with the court.   Reply briefs will not be accepted.

    Failure of a Respondent to comply may result in that party being deemed not to oppose the motion.

    The motion will be disposed of without hearing unless the Court deems it necessary.

Sincerely,

s/Jack Hamilton
Jack Hamilton
Deputy Clerk to Chief Judge Ambrose

cc:  All Counsel of Record