# Pepper Hamilton LLP
#### Attorneys at Law

50th Floor
500 Grant Street
Pittsburgh, PA 15219-2502
412.454.5000
Fax 412.281.0717

Kathryn M. Kenyon
direct dial: 412.454.5820
kenyonk@pepperlaw.com

August 4, 2005

Clerk's Office
U.S. District Court for the Western District of Pennsylvania
7th and Grant Streets
Pittsburgh, PA 15219

      Re:    Civil Action No. 04-1549 (DWA), as to Defendants

Dear Sir or Madam:

      This is to notify you that the filing of the Defendants' Notice of PTO's Issuance of Office Actions in Ex Parte Reexamination filed on August 4, 2005 was originally filed on July 1, 2005, but did not appear on the docket. The refiling of this document is merely meant to complete the record.

      Thank you for your prompt attention to this matter.

      Very truly yours,

      Kathryn M. Kenyon