# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Sightsound

              Plaintiff,

vs.                    No. 4-1549

Roxio et al

              Defendant.

**TYPE OF CONFERENCE:** ~~Case Management~~ via phone / Settlement Conference / Pre-Trial

Before Judge Ambrose

| Appear for Plaintiff | Appear for Defendant |
|---|---|
| Brian Mudge | Charles Verhoeven |
| Richard Rinaldi | Michael Williams |
| | Kathryn Kenyon |

Hearing begun: 9/7/05 9:50   Hearing adjourned to: _____

Hearing concluded C.A.V.: 9/7/05 10:10   Clerk: Sherry Halfhill / **Carolyn Allen** / Jack Hamilton

Conference call to discuss process before Patent & Trademark office (PTO)

π expects response from PTO within next 2 months

Δ says if PTO modifies claims, case will have to start all over

conference to be scheduled in ~~~~ future in order to keep track of case

parties to keep Court apprised of PTO action