NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## SIGHTSOUND TECHNOLOGIES, INC.,

V.

## ROXIO, INC., AND NAPSTER, LLC,

NO. 05-1277

### ORDER

IT IS HEREBY ORDERED that the above-referenced appeal is dismissed, with each party to bear its own costs.

FOR THE COURT

Dated: NOV 10 2005

JAN HORBALY, CLERK

Service copies to:

Charles K. Verhoeven, Esq.          William K. Wells

ISSUED AS A MANDATE: November 10, 2005

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 11/10/05