IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Sightsound, Plaintiff,

vs.

Roxio, Defendant.

No. 4-1549

TYPE OF CONFERENCE: ~~Case Management / Settlement Conference / Pre-Trial~~ Status Conf. Via Telephone

Before Judge Ambrose

Rick Renaldo
Ed ~~Gilliam~~ Colbert
Appear for Plaintiff

Kathryn Kenyon   Charlie
Michael Williams   Veerhaven
Appear for Defendant

Hearing begun: 5/31/06  1:40 pm          Hearing adjourned to: _____

Hearing concluded C.A.V.: 1:52 pm   Clerk: Sherry Halfhill / Carolyn Allen / Jack Hamilton
                                            Anne Kurzweg / Susan Schupansky

→ PTO has consolidated the reexamination process and is vacating final office actions in order to conduct final determination; newly assigned examiner issues new decision; then can appeal

→ Court to administratively close the case pending final decision of the PTO