IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIGHTSOUND TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counter- Defendant | ) | |
| | ) | |
| vs. | ) | CA 4-1549 |
| | ) | |
| ROXIO, INC., et al., | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |
| | ) | |
| SCOTT SANDER, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

ORDER

AND NOW, this 31st day of May, 2006, the court having previously stayed the above-captioned action pending review from the United States Patent and Trademark Office (PTO);

IT IS HEREBY ORDERED that the above-captioned case be administratively closed pending the final determination of the PTO.

Donetta W. Ambrose
Chief United States District Judge

cc: All counsel of Reocrd