893521.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 2:04-cv-1549 DWA |
| v. | ) |
| | ) |
| ROXIO, INC. and NAPSTER, LLC, | ) |
| | ) |
| Defendants | ) |

## ORDER OF COURT

AND, NOW, this _18th_ day of _Oct_____, 2011, upon consideration of the foregoing Motion for Admission *Pro Hac Vice*, it is hereby ORDERED that said Motion be, and the same hereby is GRANTED, and Matthew M. Wolf is admitted *pro hac vice* to appear before this Court for the purpose of representing plaintiff SightSound Technologies, Inc. in connection with this action.

_____
United States District Judge