IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES, INC., | CIVIL ACTION NO. 04-1549 |
| Plaintiff, | CHIEF JUDGE DONETTA W. AMBROSE |
| v. | |
| ROXIO, INC., and NAPSTER, L.L.C., | |
| Defendants; | |
| | |
| ROXIO, INC., and NAPSTER, L.L.C., | |
| Counter-Plaintiffs, | |
| v. | |
| SIGHTSOUND TECHNOLOGIES, INC. and SCOTT SANDER, | |
| Counter-Defendants. | |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Defendants and Counter-Plaintiffs, Roxio, Inc. ("Roxio") and Napster, L.L.C. ("Napster"), with the consent of Plaintiff and Counter-Defendant Sightsound Technologies, Inc. ("Sightsound"), move this Court to continue the status conference scheduled for October 25, 2011 at 9:15 a.m., and in support thereof, state as follows:

1. On October 13, 2011, the Court issued an order setting a status conference for October 25, 2011 at 9:15 a.m.

2. Lead counsel for Roxio and Napster are separately in a trial and arbitration on that date.

3. Accordingly, Roxio and Napster request that the Court continue the October 25, 2011 status conference.

4. At the Court's instruction, counsel for Roxio and Napster has contacted counsel for Plaintiff and Counter-Defendant Sightsound Technologies, Inc. to inquire regarding any potential scheduling conflicts if the case is continued.

5. Based on counsel's discussion with Sightsound, it appears that counsel for the parties are available on November 22, 2011.

6. Counsel for Sightsound has also indicated that they consent to the Motion to Continue Status Conference.

WHEREFORE, Defendants and Counter-Plaintiffs Roxio, Inc. and Napster, L.L.C., with the consent of Plaintiff and Counter-Defendant Sightsound Technologies, Inc., move this Court to continue the status conference scheduled for October 25, 2011 at 9:15 a.m..

Date:  October 19, 2011                                    Respectfully submitted,

/s/ *Richard M. Weibley*
Richard M. Weibley, Esquire
Pa. I.D. No. 90958
PEPPER HAMILTON LLP
One Mellon Bank Center
50th Floor, 500 Grant Street
Pittsburgh, PA  15219
(412) 454-5000

PEPPER HAMILTON LLP
Laurence Z. Shiekman,
Pa. I.D. No. 15203
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Charles K. Verhoeven
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Michael E. Williams
Tigran Guledjian
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

*Counsel for Defendants and Counter-Plaintiffs*
*Roxio, Inc. and Napster, L.L.C.*

**CERTIFICATE OF SERVICE**

I certify that on this 19th day of October, 2011, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system.

*/s/ Richard M. Weibley*