IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES, INC., | CIVIL ACTION NO. 04-1549 |
| Plaintiff, | |
| | CHIEF JUDGE DONETTA W. AMBROSE |
| v. | |
| ROXIO, INC., and NAPSTER, L.L.C., | |
| Defendants; | |
| | |
| ROXIO, INC., and NAPSTER, L.L.C., | |
| Counter-Plaintiffs, | |
| v. | |
| SIGHTSOUND TECHNOLOGIES, INC. and SCOTT SANDER, | |
| Counter-Defendants. | |

### ORDER

AND NOW, this 20th day of October, 2011, upon consideration of the Consent Motion to Continue Status Conference, said motion is GRANTED. The status conference scheduled for October 25, 2011 at 9:15 a.m. is continued until November 22, 2011 at 1:00 P.M.

BY THE COURT:

*/s/ Donetta W. Ambrose*