IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIGHTSOUND TECHNOLOGIES, INC., | ) | |
| | ) | Civil Action No. 04-01549 |
| | ) | |
| Plaintiff, | ) | United States District Judge Ambrose |
| v. | ) | |
| | ) | |
| ROXIO, INC. & NAPSTER, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |

### Proposed Order

AND NOW, this 20th day of October, 2011, upon consideration of the foregoing Motion for Leave to Withdraw Appearance, it is hereby ORDERED that said motion is granted, and the representation of Richard F. Rinaldo on behalf of SightSound Technologies, Inc. is withdrawn in connection with this civil action.

*Donetta F. Ambrose*
United States District Judge

- 1 -