IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROXIO, INC., and NAPSTER, L.L.C., <br><br> Defendants; <br><br><br> ROXIO, INC., and NAPSTER, L.L.C., <br><br> Counter-Plaintiffs, <br><br> v. <br><br> SIGHTSOUND TECHNOLOGIES, INC. and SCOTT SANDER, <br><br> Counter-Defendants. | CIVIL ACTION NO. 04-1549 <br><br> CHIEF JUDGE DONETTA W. AMBROSE |

## ORDER

AND NOW, this 10th day of November, 2011, it is hereby ORDERED that the Motion for Admission Pro Hac Vice of Attorney Richard Doss to appear on behalf Defendants and Counter-Plaintiffs Roxio, Inc. and Napster, L.L.C. in the above-captioned action is hereby GRANTED and Attorney Richard Doss is hereby specially ADMITTED to the Bar of the Court for purposes of this action.

BY THE COURT:

_[signature]_

~~Chief Judge~~ Donetta W. Ambrose, Senior Judge