# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Sightsound Tech )
)
)
  Plaintiff,  )
)
  vs.  ) No. 4-1549
)
Roxio, et al. )
)
)
  Defendant.  )

**TYPE OF CONFERENCE:** (Case Management) / Settlement Conference / Pre-Trial

Before Judge Ambrose

| Matt Wolf   James DiBoise   Michael Williams   Richard Doss   Richard Neibley |
| Russell Ober                    Scott Sander, pro se      Lawrence Shiekman |
|    Appear for Plaintiff                              Appear for Defendant |

Hearing begun: 1:00  11/22/11        Hearing adjourned to: _____

Hearing concluded C.A.V.: 1:15  11/22/11  Clerk: (Sherry Halfhill) / ▇▇▇▇
                                          Anne Kurzweg / Susan Schupansky
                                          Leigh Ferron  / Carolyn Allen

Discussed status of case and how the case is to proceed. Counsel to submit a proposed Case Management schedule by 11/30/11, which should include time for revised corporate disclosures and amended pleadings. The propose schedule should go through until ~~~~~~~ Summary judgments.