IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES, INC., *Plaintiff,* v. ROXIO, INC. and NAPSTER, LLC *Defendants;* ROXIO, INC. and NAPSTER, LLC, *Counter-Plaintiffs,* v. SIGHTSOUND TECHNOLOGIES, INC. and SCOTT SANDER *Counter-Defendants.* | Civil Action No. 04-1549 JURY TRIAL DEMANDED |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT NAPSTER, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counter-Plaintiff Napster, LLC hereby discloses that Napster, Inc. owns 99.6% of Napster, LLC.  Napster, Inc. is a wholly owned subsidiary of Best Buy Co., Inc., a publicly traded company.

.

Date:  December 23, 2011	Respectfully submitted,

/s/ Richard M. Weibley
Richard M. Weibley
Pa. I.D. No. 90958
PEPPER HAMILTON LLP
One Mellon Bank Center
50th Floor, 500 Grant Street
Pittsburgh, PA  15219
(412) 454-5000

PEPPER HAMILTON LLP
Laurence Z. Shiekman,
Pa. I.D. No. 15203
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Michael E. Williams
Tigran Guledjian
Richard H. Doss
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

*Counsel for Defendant and Counter-Plaintiff Napster, L.L.C.*

**CERTIFICATE OF SERVICE**

   I certify that on this 23rd day of December, 2011, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system.

                */s/ Richard M. Weibley*