IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROXIO, INC., and NAPSTER, L.L.C., <br><br> Defendants. <br><br><br> ROXIO, INC., and NAPSTER, L.L.C., <br><br> Counter-Plaintiffs, <br><br> v. <br><br> SIGHTSOUND TECHNOLOGIES, INC. and SCOTT SANDER, <br><br> Counter-Defendants. | CIVIL ACTION NO. 04-1549 <br><br> JUDGE DONETTA W. AMBROSE |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

WHEREAS on December 23, 2011, Plaintiff SightSound Technologies, Inc. brought forth a motion for leave to amend its complaint;

WHEREAS Defendants Roxio, Inc. and Napster LLC do not oppose this motion;

WHEREAS good cause for leave to amend the complaint has been shown;

It is hereby ORDERED that

(1) Plaintiff's Motion for Leave to Amend is GRANTED. Plaintiff's First Amended Complaint shall be ~~deemed~~ filed ~~as of the date this Order is entered~~. *by plaintiff's counsel*.

(2)   Defendants will have ten (10) days from the date of this Order to answer the First Amended Complaint.

Dated:   Jan 3, 2012                    /s/ Donetta F. Ambrose
                                        Judge Donetta Ambrose